**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **RODERICK VANLOWEING RICKS,** | : | |
| | : | |
| **Petitioner,** | : | |
| | : | |
| **VS.** | : | **NO. 5:06-CR-00061 (MTT)** |
| | : | **NO. 5:13-CV-90170 (MTT)** |
| **UNITED STATES OF AMERICA,** | : | |
| | : | **Proceedings Under 28 U.S.C. § 2255** |
| **Respondent.** | : | **Before the U.S. Magistrate Judge** |
| _____ | : | |

## RECOMMENDATION

Before the Court is Petitioner Roderick Vanloweing Ricks' Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255. Doc. 159. Upon preliminary review pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings, it appears that the Motion must be dismissed as successive. Review of Petitioner's Motion and the docket in this case establishes that Petitioner previously filed an unsuccessful Section 2255 Motion in 2009. Doc. 88; Doc. 159. As such, the present Motion is a second or successive Section 2255 Motion. Under 28 U.S.C. § 2255(h), the Court's consideration of Petitioner's Motion is precluded absent prior authorization by the Eleventh Circuit Court of Appeals. Because nothing in the record indicates that Petitioner sought and received prior authorization by the Eleventh Circuit, it is hereby **RECOMMENDED** that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 be **DISMISSED**.

Pursuant to 28 U.S.C. § 636(b)(1), the parties may serve and file written objections to this **RECOMMENDATION** with the district judge to whom this case is assigned **within fourteen (14) days** after being served with a copy thereof.

**SO RECOMMENDED**, this 15th day of May, 2013.


s/ Charles H. Weigle_____
Charles H. Weigle
United States Magistrate Judge